```
                                        ___ FILED    ___ ENTERED
                                        ___ LODGED   ___ RECEIVED

                                            JAN 18 2013

         12-CV-00694-NTC                  AT SEATTLE
                                      CLERK U.S. DISTRICT COURT
                                   WESTERN DISTRICT OF WASHINGTON
                                                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIVIDAD A. RODRIGUEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. C12-0694-TSZ <br><br> ORDER REMANDING CASE |

The Court, after careful consideration of plaintiff's complaint, the parties' briefs, and the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation; and

/ / /

ORDER REMANDING CASE
PAGE -1

01   (3)   The Clerk of the Court is directed to send copies of this Order to the parties and
02 to Judge Theiler.
03   DATED this 18th day of Jan., 2013.

05
   _____
   THOMAS S. ZILLY
06   United States District Judge

07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

ORDER REMANDING CASE
PAGE -2